**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. L. H. LULL, Doing Business as Lull Manufacturing Company.**

No. 13406.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

Gerhard P. VanArkel, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Donald L. Robertson, of Minneapolis, Minn., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. E. Dale NASON, et al., Co-partners, d. b. a. Hawkeye Steel Products Company.**

No. 13408.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

Gerhard P. VanArkel, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Pike, Sias & Butler, of Waterloo, Iowa, for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation for entry of consent decree.

**NORTHLAND GREYHOUND LINES, Inc., Appellant, v. AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYES OF AMERICA, DIVISION 1150 et al.**

No. 13401.

Circuit Court of Appeals, Eighth Circuit.

Aug. 9, 1946.

Bowen & Bowen, of Minneapolis, Minn., for appellant.

Goldie & Sigal, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal by appellant.

**Paul A. PORTER, Administrator, Office of Price Administration, v. G. W. CONRAD.**

No. 3395.

Circuit Court of Appeals, Tenth Circuit.

Aug. 31, 1946.

David London, Director, Litigation Division, and Albert M. Dreyer, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and Leonard M. Cox, Regional Litigation Atty., of Waco, Tex., and O. B. Martin, Dist. Enforcement Atty., Office of Price Administration, of Oklahoma City, Okla., for appellant.

Bohanon & Adams, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation.